IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KENNETH D. FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-4334-CV-C-ODS-SSA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

Pending is Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act. Doc. #14. Plaintiff seeks attorney fees in the amount of $4000, representing 22.3 hours of work in 2014 and 2015. Defendant has no objection to Plaintiff's request. In addition, Plaintiff requests reimbursement of the $400 filing fee, and Defendant agrees that Plaintiff should be compensated for the filing fee from the Judgment Fund administered by the United States Treasury.

The Court grants Plaintiff's Motion and awards attorney fees of $4000 to be paid by the Social Security Administration, and costs of $400 to be paid from the Judgment Fund.

Plaintiff's award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010). In light of Plaintiff's assignment of any award to his attorney, the net award should be made payable to Plaintiff's counsel.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: November 5, 2015   UNITED STATES DISTRICT COURT